DONALD THOMAS BERGERSON
CSB No. 91263
15 Boardman Place, Ste. 2D
San Francisco, CA., 94103
Telephone: (415) 621-8149
Facsimile  : (415) 920-9288

Attorney for Petitioner,
ANTHONY SORRELL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO VENUE

| | |
|---|---|
| ANTHONY SORRELL, | No. 3:-09-civ-05888-SI |
| Petitioner and Moving Party, | STIPULATION TO EXTEND BRIEFING TIME AND PROPOSED ORDER |
| vs. | |
| GARY SWARTHOUT, as Warden; EDMUND G. BROWN, JR., Attorney General, et. al., | |
| .    Respondents. | |

THE PARTIES STIPULATE AS FOLLOWS and request that the Court enter the annexed order in support of the stipulation:

1. The traverse in this case is due on October 22, 2010.

2. Counsel for petitioner is in trial, and has been since October 18, 2010. The trial is of a complex life-imprisonment case, and is expected to last through November 17, 2010. Counsel has, in addition actually to being in trial, been engaged in extensive pretrial preparation for several weeks, and has also filed significant appellate briefs. Therefore, counsel represents that he cannot reasonably file the traverse in this case on schedule; has so represented to the state; has requested that a new filing date be ordered; and the state does not object.

3. The proposed new filing date is two weeks from the prior date, or on

1  November 5, 2010.

2      WHEREFORE, the parties stipulate that the traverse to the return on the *habeas corpus* petition herein shall be filed on or before November 5, 2010.

4      DATED: October 21, 2010

6                                        //s// Juliet Haley

                                      _____

8                                        Attorney for Respondent

10                                       //s// Donald Bergerson

                                        _____

12                                       Attorney for Petitioner

14                             PROPOSED ORDER

16     In consideration of the annexed stipulation, the traverse to the return on petitioner's 28 USC § 2254 *habeas corpus* shall be filed on or before November 5, 2010.

19     SO ORDERED

20     DATED: October __, 2010

                                        _____

22                               HON. S. ILLSTON, U.S. DIST. JUDGE

23                               PROOF OF SERVICE

24     This stipulation and proposed order were served on respective counsel via the ECF filing system of this Court on October 21, 2010.

25     DATED: October 21, 2010

                                      //s// Donald Bergerson

26                                     _____

27                                 Donald Bergerson