DONALD THOMAS BERGERSON
CSB No. 91263
15 Boardman Place, Ste. 2D
San Francisco, CA., 94103
Telephone: (415) 621-8149
Facsimile  : (415) 920-9288

Attorney for Petitioner,
ANTHONY SORRELL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO VENUE

ANTHONY SORRELL,

    Petitioner and Moving Party,

vs.

GARY SWARTHOUT, as Warden;
EDMUND G. BROWN, JR., Attorney General, et. al.,

    . Respondents.

No. 3:09-cv-05888-SI

STIPULATION FOR LATE FILING OF TRAVERSE TO RETURN AND PROPOSED ORDER

THE PARTIES STIPULATE:

The traverse to the return to the petition on file herein was due on November 5, 2010 and should be filed on November 16, 2010. Counsel for the defense suffered from influenza from a time prior to the due date of the petition, as well as from other issues, which prevented him from being able to file the traverse before the proposed date. Counsel was in communication with the state's attorney who consented to any delay in filing-time that he required under the circumstances. The traverse is now completed and posed on the Court's web site and the parties therefore mutually request that the Court grant, *nunc pro tunc,* an extension of

–1–

1  time to file the traverse from November 5, 2010 to November 16, 2010 and to order
2  the traverse filed.
3       SO STIPULATED:
4       DATED: November 16, 2010

5                                        //s//Juliet Haley, DAG
6                                        _____
                                         Attorney for Respondent

9  \                                     //s// Donald Thomas Bergerson
10                                       _____
                                         Attorney for Petitioner

13       PROPOSED ORDER EXTENDING TIME FOR FILING AND ORDERING
                    TRAVERSE TO RETURN TO BE FILED

15       The annexed stipulation having been considered and GOOD CAUSE
   APPEARING THEREFOR, the Court orders that time for filing the traverse to the
16 return to the § 2254 motion on file herein is extended to November 16, 2010 and
   ORDERS that the traverse be filed as of that dated.

18       SO ORDERED.
19       DATED: November __, 2010        [signature: Susan Illston]
20                                       _____
                                         UNITED STATES DISTRICT JUDGE

22                          PROOF OF SERVICE

23       I, DONALD THOMAS BERGERSON, am 18 years old and not a party hereto,
24 and on November 16, 2010, I served the within on Attorney General of California,
   by depositing the same in the ECF filing system of this Court.
25       EXECUTED: City and County of San Francisco, California, in the Northern
26 District of California, this November 16, 2010.

27                                       //s// Donald Thomas Bergerson
                                         _____
                                         DONALD THOMAS BERGERSON