IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SORRELL, | No. C 09-05888 SI |
| Petitioner, | **ORDER RE: ADDITIONAL BRIEFING** |
| v. | |
| GARY SWARTHOUT, | |
| Respondent. | |

After hearing oral argument, the Court has determined that it requires further briefing from both petitioner and respondent concerning the conviction for witness intimidation. If in the supplemental briefing the parties refer to evidence or testimony that is not specifically set out in the text of the state court appellate opinion, the parties should clearly describe the evidence and cite to its location in the trial record.

Respondent shall submit its briefing by February 25, 2011. Petitioner shall submit any reply by March 4, 2011.

**IT IS SO ORDERED.**

Dated: February 11, 2011

SUSAN ILLSTON
United States District Judge