IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SORRELL, | No. C 09-05888 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| GARY SWARTHOUT, | |
| Respondent. / | |

The petition for writ of habeas corpus is denied. Judgment is entered accordingly, in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 9, 2011

SUSAN ILLSTON
United States District Judge